**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-1705**

ADELINE UWAZIH,

Plaintiff - Appellant,

versus

JEFFREY SCHIERWAGEN; HILDA M. BARG; CARL M.
BARG,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-01-1369-A)

Submitted: December 17, 2002       Decided: January 15, 2003

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John O. Iweanoge, Rosslyn, Virginia, for Appellant. Steven Mark Levine, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Adeline Uwazih appeals the district court's order dismissing her diversity-based personal injury suit for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Uwazih v. Schierwagen</u>, No. CA-01-1369-A (E.D. Va. filed June 18, 2002; entered June 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>